UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACIES CORPORATION,<br><br>        Plaintiff,<br><br>- against -<br><br>MICHAEL BEYGELMAN,<br><br>        Defendant. | Civil Action No.: 05 Civ. 5691 (AKH)<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Acies Corporation and Defendant Michael Beygelman, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any Party.

                                      SICHENZIA ROSS FRIEDMAN & FERENCE LLP
                                      Attorneys for Plaintiff
                                      1065 Avenue of the Americas
                                      New York, New York 10018
                                      Tel (212) 930-9700; Fax (212) 930-9725

__10/19/05__             By: _____
Date                                      Sameer Rastogi (SR-5249)

                                      BUTLER, FITZGERALD, FIVESON & MCCARTHY LLP
                                      Attorneys for Defendant
                                      350 Fifth Avenue, Suite 6215
                                      New York, NY 10118
                                      (212) 615-2210 (telephone); (212) 615-2215 (facsimile)

__10/3/05__             By: _____
Date                                      Thomas A. Butler, (TB-2065)

So Ordered

_____
U. S. D. J.